UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| DENNIS IRWIN,<br><br>    Plaintiff,<br><br>    v.<br><br>OKANOGAN COUNTY and<br>TRACY S. HARRISON,<br><br>    Defendants. | NO. CV-07-040-RHW<br><br>**ORDER GRANTING<br>STIPULATED MOTION FOR<br>ORDER OF DISMISSAL** |

Before the Court is the parties' Stipulated Motion for Order of Dismissal (Ct. Rec. 30). The motion was heard without oral argument.

The parties indicate that they have settled the above-captioned case and ask that all claims against Defendant Okanogan County and Tracy Harrison be dismissed with prejudice and without assessment of costs or attorneys' fees to any party.

Accordingly, **IT IS HEREBY ORDERED:**

1. The parties' Stipulated Motion for Order of Dismissal (Ct. Rec. 30) is **GRANTED**.

2. The claims asserted against Defendant Okanogan County and Tracy Harrison are dismissed with prejudice and without costs to any party.

///
///
///

**ORDER GRANTING STIPULATED MOTION FOR ORDER OF DISMISSAL ~ 1**

**IT IS SO ORDERED.** The District Court Executive is directed to enter this Order, forward copies to counsel, and close the file.

**DATED** this 17th day of October, 2008.

*S/ Robert H. Whaley*

ROBERT H. WHALEY
Chief United States District Judge

Q:\CIVIL\2007\Irwin\dismiss.wpd

**ORDER GRANTING STIPULATED MOTION FOR ORDER OF DISMISSAL** ~ 2